**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RIAD NARGERI,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 05-2385 (ESH)<br>(ISN 510) |
| SABRY MOHAMMED,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 05-2385 (ESH)<br>(ISN 570) |
| YASIN MUHAMMED BASARDH,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 05-889 (ESH)<br>(ISN 252) |
| HAYAL AZIZ AHMED AL-MITHALI,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 05-2186 (ESH)<br>(ISN 840) |

| | |
|---|---|
| **ACHRAF SALIM ABDESSALAM,**<br><br>           Petitioner,<br><br>    v.<br><br>**BARACK H. OBAMA,** *et al.*,<br><br>           Defendants. | Civil Action No. 06-1761 (ESH)<br>(ISN 263) |
| **MONSOOR MUHAMMED ALI QATTAA,**<br><br>           Petitioner,<br><br>    v.<br><br>**BARACK H. OBAMA,** *et al.*,<br><br>           Defendants. | Civil Action No. 08-1233 (ESH)<br>(ISN 566) |
| **MOHAMMED KAMEEN,**<br><br>           Petitioner,<br><br>    v.<br><br>**BARACK H. OBAMA,** *et al.*,<br><br>           Defendants. | Civil Action No. 05-2385 (ESH)<br>(ISN 1045) |

## **ORDER**

It is hereby

**ORDERED** that on or before August 14, 2009, for each of the above-captioned cases, respondents shall file with the Court *ex parte* and under seal a report detailing petitioner's current status. If the petitioner has been ordered released by this Court or approved for transfer

by the government, the report shall state in detail any steps taken to effectuate the release or transfer of the petitioner. Alternatively, if the petitioner has not been granted habeas or approved for transfer, the report shall inform the Court as to whether the Guantanamo Review Task Force, which is operating pursuant to Executive Order No. 13,492, has made any recommendations regarding petitioner's case. If a recommendation has not yet been made, the report shall provide an estimated timetable, based on the then-available information, for the recommendation of the Task Force. Respondents shall be under an affirmative and ongoing obligation to immediately notify the Court of any changes in the information provided in this Order.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   July 31, 2009